GEORGE PANCHAK, PETITIONER-PETITIONER, v. SIMMONS COMPANY, RESPONDENT-RESPONDENT.

*Mr. Mortimer Wald* for the petitioner.

*Messrs. O'Brien, Brett & O'Brien* for the respondent.

October 19, 1953.  Granted.

LEO RISTAN, ET AL., PLAINTIFFS-RESPONDENTS, v. CHARLES FRANTZEN, DEFENDANT-PETITIONER.

*Messrs. Durand, Ivins & Carton* for the petitioner.

*Messrs. Parsons, Labrecque, Canzona & Combs* for the respondents.

October 19, 1953.  Granted.